IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE TOLIVER, | No. C 07-5341 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| vs. | |
| UNITED STATES GOVERNMENT, | |
| Respondent. | |

This case was opened when petitioner, a state prisoner, filed pro se a document headed "All Writs Act 28 U.S.C. § 1651[;] 42 U.S.C. § 2000cc-1." In it he contends that the government has interfered with his First Amendment right to communicate with the courts. On the day it was filed the court notified petitioner that he had neither paid the filing fee nor applied for leave to proceed in forma pauperis. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Petitioner was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed. No response has been received.

This case is therefore **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: December    4   , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\TOLIVER5341.DSIFP.wpd