IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRE TOLIVER,                              No. C 07-5341 WHA (PR)

        Petitioner,                        **JUDGMENT**

  vs.

UNITED STATES GOVERNMENT,

        Respondent.
                                       /

      Pursuant to the court's order entered today, a judgment of dismissal without prejudice is hereby entered.  Plaintiff shall receive no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: December    4   , 2007.

                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\TOLIVER5341.JUD.wpd